UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| HUGUETTE NICOLE YOUNG,<br><br>Plaintiff,<br><br>vs.<br><br>TIM FOX, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF MONTANA,<br><br>Defendant. | Case No. CV-20-065-H-CCL<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE.

    Dated this 21st day of October 2020.

                    TYLER P. GILMAN, CLERK

                    By: /s/ Heidi Gauthier
                    Heidi Gauthier, Deputy Clerk