IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| HUGUETTE NICOLE YOUNG,<br><br>Plaintiff,<br><br>vs.<br><br>TIM FOX, in his official capacity as Attorney General of the State of Montana,<br><br>Defendant. | CV-20-65-H-CCL<br><br><br><br>Order |

Before the Court is Plaintiff Huguette Nicole Young's "Motion to Reopen this Case; to Reconsider Plaintiff's Application to Proceed IFP; and to Narrow IDP Issues Ahead of a Potential Appeal." The Court entered an order denying Plaintiff's motion to reconsider its September 11, 2020, order and ordering her case dismissed without prejudice on October 21, 2020. (Doc. 9). The dismissal without prejudice was based on Plaintiff's failure to file a properly supported *in forma pauperis* application on or before October 19, 2020, as ordered by the Court on September 11, 2020. (Doc. 7).

Plaintiff is free to file a properly supported motion to proceed *in forma pauperis* and lodge a proposed complaint in a new case, but not in this case, which has been closed. In its October 21, 2020, order, the Court certified pursuant to Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure that Plaintiff is not entitled to proceed on appeal *in forma pauperis* because she had not presented sufficient information to allow the Court to find that she is indigent. Plaintiff is advised to review Rule 24(a)(5) to determine her time limit for filing a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Ninth Circuit.

**IT IS HEREBY ORDERED** that Plaintiff's motion to reopen this case (Doc. 11) is **DENIED.**

Dated this 29th day of October, 2020.

/s/ Charles C. Lovell
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE